1  Robin K. Perkins, SBN: 131252
   Natalia Asbill, SBN: 281860
2  Perkins & Associates
   300 Capitol Mall, Suite 1800
3  Sacramento, CA 95814
   Telephone No.: 916.446.2000
4  Fax No.: 916.447.6400

5  Attorneys for Plaintiffs
   TEMOOR SHAH OMARI and WAJMA FAKHREE OMARI, d/b/a EZ STOP FOOD MARKET
6

7  MELINDA L. HAAG (CSBN 132612)
   United States Attorney
8  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
9  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
10
       450 Golden Gate Avenue, Box 36055
11     San Francisco, California 94102-3495
       Telephone: (415) 436-7155
12     FAX: (415) 436-6927
       neill.tseng@usdoj.gov
13
   Attorneys for Defendant
14 UNITED STATES DEPARTMENT OF AGRICULTURE

15
                   UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                       SAN FRANCISCO DIVISION
18

19 TEMOOR SHAH OMARI and WAJMA      )   No. C 12-1592 MEJ
   FAKHREE OMARI, d/b/a EZ STOP FOOD )
20 MARKET,                          )   **STIPULATION TO SUBSTITUTE**
                                    )   **UNITED STATES OF AMERICA AS**
21         Plaintiffs,              )   **DEFENDANT; [PROPOSED] ORDER**
                                    )
22     v.                           )
                                    )
23 UNITED STATES DEPARTMENT OF      )
   AGRICULTURE,                     )
24                                  )
           Defendant.                )
25 _____)

26

27

28

STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT; [PROPOSED] ORDER
No. C 12-1592 MEJ                           1

Subject to the approval of the Court, the parties hereby stipulate as follows:

Pursuant to 7 U.S.C. § 2023(a)(13), the United States of America will be substituted in place of the United States Department of Agriculture as the defendant in this action.

DATED: June 18, 2012          By:      /s/
                                    Robin K. Perkins
                                    Natalia Asbill
                                    Attorneys for Plaintiffs


                                    MELINDA L. HAAG
                                    United States Attorney


DATED: June 18, 2012          By:      /s/
                                    NEILL T. TSENG
                                    Assistant United States Attorney
                                    Attorneys for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:   June 20, 2012
                                    _____
                                    HONORABLE MARIA-ELENA JAMES
                                    UNITED STATES MAGISTRATE CHIEF JUDGE

STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT; [PROPOSED] ORDER
No. C 12-1592 MEJ                              2