Robin K. Perkins, SBN: 131252
Natalia Asbill, SBN: 281860
Perkins & Associates
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone No.: 916.446.2000
Fax No.: 916.447.6400

Attorneys for Plaintiffs
TEMOOR SHAH OMARI and WAJMA FAKHREE OMARI, d/b/a EZ STOP FOOD MARKET

MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6927
   neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF AGRICULTURE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEMOOR SHAH OMARI and WAJMA FAKHREE OMARI, d/b/a EZ STOP FOOD MARKET,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Defendant. | No. C 12-1592 MEJ<br><br>**STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT; [PROPOSED] ORDER** |

STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT; [PROPOSED] ORDER
No. C 12-1592 MEJ
1

Subject to the approval of the Court, the parties hereby stipulate as follows:

Pursuant to 7 U.S.C. § 2023(a)(13), the United States of America will be substituted in place of the United States Department of Agriculture as the defendant in this action.

DATED: June 18, 2012        By:        /s/
                                       Robin K. Perkins
                                       Natalia Asbill
                                       Attorneys for Plaintiffs

                                       MELINDA L. HAAG
                                       United States Attorney

DATED: June 18, 2012        By:        /s/
                                       NEILL T. TSENG
                                       Assistant United States Attorney
                                       Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:   June 20, 2012
                                       _____
                                       HONORABLE MARIA-ELENA JAMES
                                       UNITED STATES MAGISTRATE CHIEF JUDGE