Robin K. Perkins, SBN: 131252
Natalia Asbill, SBN: 281860
Perkins & Associates
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone No.: 916.446.2000
Fax No.: 916.447.6400
Attorneys for Plaintiffs
TEMOOR SHAH OMARI and WAJMA FAKHREE OMARI, d/b/a EZ STOP FOOD MARKET


MELINDA L. HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6927
   neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TEMOOR SHAH OMARI and WAJMA FAKHREE OMARI, d/b/a EZ STOP FOOD MARKET,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 12-1592 MEJ<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION TO BE PRODUCED BY DEFENDANT** |

   Subject to the approval of this Court, the parties hereby stipulate to the following protective order:

   The parties agree that entry of the following protective order is necessary in order to protect the confidential personal information of Supplemental Nutrition Assistance Program

("SNAP") recipients, such as their names, home addresses and social security numbers, and/or the confidential proprietary information of retail markets participating in SNAP. The parties therefore request that the Court enter the following stipulated protective order.

## **STIPULATED PROTECTIVE ORDER**

All documents and electronically stored information produced by defendant in this action which are designated in writing as being "Produced Under Protective Order" (the "Protected Documents") shall be subject to the following restrictions:

1. All information therein shall be used only for the purpose of this litigation and not for any other purpose;

2. No information therein shall be disclosed to anyone other than (a) the attorneys employed by plaintiff and its staff; (b) the parties; (c) actual or potential third-party witnesses; (d) outside experts or consultants retained by any of the parties or their counsel for purposes of this litigation; (e) the Court in further proceedings herein; (f) stenographic deposition reporters; and (g) other persons upon whom the parties mutually agree in writing;

3. There shall be no reproduction of the Protected Documents except that, as required by the litigation, copies, excerpts, or summaries may be shown to those authorized in Paragraph 2;

4. Except as otherwise provided in Paragraphs 2 and 3, all of the Protected Documents produced to plaintiffs shall remain in the custody of plaintiffs' attorneys of record during the pendency of the litigation;

5. No later than thirty (30) days after final determination of this litigation, including any appeals, plaintiffs' attorneys shall destroy or return to defendant's counsel all of the Protected Documents produced to plaintiffs, including any copies, extracts or summaries thereof. If the Protected Documents are destroyed, plaintiffs' attorneys shall so notify defendant's counsel in writing within seven (7) days of the destruction. Notwithstanding this paragraph, however, plaintiffs' attorneys may retain one copy of each pleading and other document filed with the Court that contains any Protected Document; and

6. This Stipulation and Protective Order is without prejudice to the right of any party

1  to seek modification of it from the Court.  It shall remain in effect until such time as it is
2  modified, amended or rescinded by the Court and shall survive termination of this action.  The
3  Court shall have continuing jurisdiction to modify, amend, rescind or enforce this Stipulation and
4  Protective Order notwithstanding the termination of this action.

DATED: July 6, 2012          By:        /s/
                                  Robin K. Perkins
                                  Natalia Asbill
                                  Attorneys for Plaintiffs

                                  MELINDA L. HAAG
                                  United States Attorney

DATED: July 6, 2012          By:        /s/
                                  NEILL T. TSENG
                                  Assistant United States Attorney
                                  Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:  July 6, 2012         _____
                                  HONORABLE MARIA-ELENA JAMES
                                  UNITED STATES MAGISTRATE CHIEF JUDGE

STIP. & [PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIAL INFO. TO BE PRODUCED BY DEF.
No. C 12-1592 MEJ                         3